| | |
|---|---|
| 1 | SINGER / BEA LLP |
| 2 | Adam Cashman (Bar No. 255063)<br>acashman@singerbea.com |
| 3 | Renée B. Bea (Bar No. 268807)<br>rbea@ singerbea.com |
| 4 | Doug Tilley (Bar No. 265997)<br>dtilley@ singerbea.com |
| 5 | 601 Montgomery Street, Suite 1950<br>San Francisco, California  94111 |
| 6 | Telephone:     415.500.6080<br>Facsimile:     415.500.6080 |
| 7 | *Attorneys for Defendant Intuitive Surgical, Inc.* |
| 8 | SCHIFF HARDIN LLP |
| 9 | John S. Worden (Bar No. 142943)<br>jworden@schiffhardin.com |
| 10 | Jean-Paul P. Cart (Bar No. 267516)<br>jcart@schiffhardin.com |
| 11 | One Market<br>Spear Street Tower, Suite 3200 |
| 12 | San Francisco, California  94105<br>Telephone:     415.901.8700 |
| 13 | Facsimile:     415.901.8701 |
| 14 | *Attorneys for Plaintiff Rene Heredia* |

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 1/6/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | RENE HEREDIA, | Case No.  15-CV-02662-EJD |
| 19 | Plaintiff, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 20 | v. | |
| 21 | INTUITIVE SURGICAL, INC., | Original Filing Date:     June 12, 2015<br>Trial Date:                    None Set |
| 22 | Defendant. | |

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST
AMENDED COMPLAINT

1   Plaintiff Rene Heredia ("Dr. Heredia") and Defendant Intuitive Surgical, Inc. ("Intuitive")
2   (collectively, the "Parties") recite the following facts:
3   WHEREAS, on June 12, 2015, Dr. Heredia filed his Complaint against Intuitive;
4   WHEREAS, on July 24, 2015, Intuitive moved to dismiss Dr. Heredia's Complaint;
5   WHEREAS, on November 30, 2015, the Court granted Intuitive's motion, dismissed Dr.
6   Heredia's Complaint with leave to amend, and directed that Dr. Heredia file any amended
7   complaint on or before December 18, 2015;
8   WHEREAS, on December 18, 2015, Dr. Heredia filed his First Amended Complaint
9   against Intuitive;
10  WHEREAS, counsel for the Parties have met and conferred regarding the schedule for
11  Intuitive to respond to the First Amended Complaint.
12  In light of the foregoing, pursuant to Civil Local Rule 6-1(a), IT IS HEREBY
13  STIPULATED AND AGREED THAT:
14  1.   Intuitive will file its motion to dismiss the First Amended Complaint on or before
15  January 14, 2016.  In accordance with the Civil Local Rule 7-2(a) and the Court's Standing Order
16  for Civil Cases, prior to filing its motion, Intuitive will reserve a date not less than 35 days after
17  January 14, 2016, on which Intuitive's motion may be heard;
18  2.   Dr. Heredia will file its opposition to Intuitive's motion on or before January 28,
19  2016; and
20  3.   Intuitive will file its reply to Dr. Heredia's opposition on or before February 4,
21  2016.
22  **IT IS SO STIPULATED.**
23  Dated:  January 4, 2016                    SCHIFF HARDIN LLP

              By: /s/ Jean-Paul P. Cart
                  John S. Worden
                  Jean-Paul P. Cart
                  *Attorneys for Plaintiff Rene Heredia*

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS
FIRST AMENDED COMPLAINT
- 2 -

| | |
|---|---|
| Dated: January 4, 2016 | SINGER / BEA LLP |
| | By: /s/ Doug Tilley |
| | Adam Cashman |
| | Renée B. Bea |
| | Doug Tilley |
| | *Attorneys for Defendant Intuitive Surgical, Inc.* |

**ATTESTATION**

I, Doug Tilley, am the ECF user whose ECF credentials will be used to file this Stipulation. Under Civil Local Rule 5-1(i)(3), I hereby attest that Jean-Paul P. Cart, counsel for Plaintiff Rene Heredia, has concurred in the filing of this Stipulation.

   /s/ Doug Tilley
     Doug Tilley

STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT
- 3 -