SCHIFF HARDIN LLP
JOHN S. WORDEN (SBN 142943)
jworden@schiffhardin.com
JEAN-PAUL P. CART (SBN 267516)
jcart@schiffhardin.com
One Market
Spear Street Tower, Suite 3100
San Francisco, CA  94105
Telephone:     415.901.8700
Facsimile:      415.901.8701

Attorneys for Plaintiff
Rene Heredia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HEREDIA,<br><br>                    Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>                    Defendant.<br><br>AND RELATED THIRD-PARTY ACTION | Case No.  15-CV-02662-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY  JUDGMENT**<br><br>Hon. Edward J. Davila |

WHEREAS, on November 17, 2017, Defendant Intuitive Surgical, Inc. ("ISI") filed a Motion for Summary Judgment (the "Motion") (Dkt. No. 82);

WHEREAS, the hearing on the Motion is currently scheduled to take place on March 29, 2018, at 9:00 a.m.;

WHEREAS, ISI and Plaintiff Rene Heredia ("Plaintiff") (collectively, the "Parties"), have agreed to a briefing schedule on the Motion in order to avoid provide all Parties with sufficient time to prepare their respective opposition and reply briefs, while ensuring that the Motion is fully briefed twenty-eight (28) days before the hearing;

NOW THEREFORE, it is stipulated by the Parties, and the Parties hereby request, that the Court issue an order: (1) extending Plaintiff's deadline to file his opposition to the Motion until

February 1, 2018; and (2) extending ISI's deadline to file its reply in support of the Motion until March 1, 2018.

Dated: November 29, 2017　　　　　　Respectfully submitted,

SCHIFF HARDIN LLP

By /s/ Jean-Paul P. Cart
　　John S. Worden
　　Jean-Paul P. Cart

　　Attorneys for Plaintiff
　　RENE HEREDIA

Dated: November 29, 2017　　　　　　SINGER / BEA LLP

By /s/ Adam Cashman
　　Adam Cashman
　　Renee B. Bea

　　Attorneys for Defendant INTUITIVE
　　SURGICAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HEREDIA,<br><br>            Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>            Defendant.<br><br>AND RELATED THIRD-PARTY CLAIMS | Case No. 15-CV-02662-EJD<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Edward J. Davila |

Having reviewed and considered the Parties' Joint Stipulation Setting Briefing Schedule on Defendant's Motion for Summary Judgment, and good cause appearing therefor, IT IS HEREBY ORDERED that (1) Plaintiff's deadline to file his opposition to Defendant's Motion for Summary Judgment (the "Motion") (Dkt. No. 82) shall be February 1, 2018; and (2) ISI's deadline to file its reply in support of the Motion shall be March 1, 2018.

IT IS SO ORDERED.

Dated: _____, 2017    By: _____
                                      The Honorable Edward J. Davila
                                      United States District Court Judge

SF\322023462.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER SETTING BRIEFING SCHEDULING ON MOTION FOR SUMMARY JUDGMENT