UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE HEREDIA,<br><br>          Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>          Defendant. | Case No.  5:15-cv-02662-EJD<br><br>**JUDGMENT** |

Based upon the Court's Order Granting Defendant's Motion for Summary Judgment (Docket No. 93), judgment is hereby entered in favor of Defendant Intuitive Surgical, Inc. and against Plaintiff Rene Heredia.

**IT IS SO ORDERED.**

Dated:  June 4, 2018

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-02662-EJD
JUDGMENT

1